**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KEERTHI NARASIMHAN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 1:23-cv-04680 |
| v. | |
| ROOSEVELT UNIVERSITY, | |
| Defendant. | |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT, ROOSEVELT UNIVERSITY WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Keerthi Narasimhan, by and through his undersigned counsel, hereby voluntarily dismisses his claims against Roosevelt University, without prejudice.

DATED:  September 20, 2023.          Respectfully submitted,

/s/ *Mason A. Barney*

Mason A. Barney
Tyler J. Bean (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Attorneys for the Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, the foregoing document was served via this Court's CM/ECF system to all counsel of record.

/s/ *Mason A. Barney*
Mason A. Barney